## ELLIOTT v. STATE.
No. 18562.

Court of Criminal Appeals of Texas.
June 24, 1936.

L. E. Keeney, of Texarkana, for appellant.

960

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for seven years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.